United States Bankruptcy Court
District of Puerto Rico

IN RE:  Case No. 10-01386 BKT

LUNA ESPAILLAT, LOURDES VENECIA  Chapter 13
Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: ☑ PRE ☐ POST-CONFIRMATION | ☑ AMENDED PLAN DATED: 5/18/2010 Filed by: ☑ Debtor ☐ Trustee ☐ Other |
|---|---|
| **I. PAYMENT PLAN SCHEDULE** | **II. DISBURSEMENT SCHEDULE** |
| $ 600.00 x 12 = $ 7,200.00<br>$ 700.00 x 12 = $ 8,400.00<br>$ 775.00 x 36 = $ 27,900.00<br>$ ___ x ___ = $ ___<br>$ ___ x ___ = $ ___<br><br>TOTAL: $ ___<br><br>Additional Payments:<br>$ 27,000.00 to be paid as a LUMP SUM within 18 months with proceeds to come from:<br>☐ Sale of Property identified as follows:<br><br>☑ Other:<br>**FROM REFINANCING OF PROPERTY**<br><br>Periodic Payments to be made other than, and in addition to the above:<br>$ ___ x ___ = $ ___<br><br>PROPOSED BASE: $ 70,500 | A. ADEQUATE PROTECTION PAYMENTS OR $ ___<br>B. SECURED CLAIMS:<br>☐ Debtor represents no secured claims.<br>☑ Creditors having secured claims will retain their liens and shall be paid as follows:<br>1. ☑ Trustee pays secured ARREARS:<br>Cr. **BANCO POPULAR D** Cr. ___ Cr. ___<br># **1995** # ___ # ___<br>$ 34,014.84 $ ___ $ ___<br>2. ☐ Trustee pays IN FULL Secured Claims:<br>Cr. ___ Cr. ___ Cr. ___<br># ___ # ___ # ___<br>$ ___ $ ___ $ ___<br>3. ☐ Trustee pays VALUE OF COLLATERAL:<br>Cr. ___ Cr. ___ Cr. ___<br># ___ # ___ # ___<br>$ ___ $ ___ $ ___<br>4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:<br><br>5. ☐ Other:<br><br>6. ☑ Debtor otherwise maintains regular payments directly to:<br>**BANCO POPULAR D**<br>C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)<br>D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. |
| **III. ATTORNEY'S FEES**<br>(Treated as § 507 Priorities)<br><br>Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,904.00 | 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___<br>☐ Paid 100% / ☐ Other: ___<br>Cr. ___ Cr. ___ Cr. ___<br># ___ # ___ # ___<br>$ ___ $ ___ $ ___<br>2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| Signed: _____<br>Debtor<br><br>_[signature]_<br>Joint Debtor<br><br>Attorney for Debtor **Marilyn Valdes Ortega Law Offices** | OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)<br>**See Continuation Sheet**<br><br><br>Phone: **(787) 758-4400** |

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LUNA ESPAILLAT, LOURDES VENECIA                               Case No. 10-01386 BKT
                              Debtor(s)

# CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

ANY CHRISTMAS BONUS IF ANY THAT DEBTOR MAY PROSPECTIVELY RECEIVE FOR THE DURATION OF THE PLAN WILL BE PAID INTO THE PLAN, EXCEPT FOR THE FIRST $1,000.00 DOLLARS AND THOSE AMOUNT REASONABLY NEEDED, WHICH WILL BE CONSULTED WITH THE TRUSTEE, SHOULD NO AGREEMENT BE REACHED WITH THE TRUSTEE IN THIS MATTER DEBTOR WILL MOVE THE COURT ACCORDINGLY, IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS.

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

THIS IS A BASE PLAN PAYS 100 + 6% INTEREST

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**LOURDES VENECIA LUNA ESPAILLAT**<br><br>Debtor(s) | **CASE NUM.: 10-01386 BKT**<br><br>**CHAPTER 13 (ASSET CASE)**<br><br>**CERTIFICATE OF SERVICE** |

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **AMENDED PLAN DATED 5/18/2010.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 18TH day of May, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee, **José R. Carrión Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

```
Label Matrix for local noticing            Banco Popular as service agent for MASSACHUS      US Bankruptcy Court District of P.R.
0104-3                                     c/o WALLACE VAZQUEZ SANABRIA                       U.S. Post Office and Courthouse Building
Case 10-01386-BKT13                        17 MEXICO STREET, SUITE D-1                        300 Recinto Sur Street, Room 109
District of Puerto Rico                    SAN JUAN, PR 00917-2202                            San Juan, PR 00901-1964
Old San Juan
Tue May 18 17:20:39 AST 2010

AT & T WIRELESS                            BANCO POPULAR DE PR                                BANCO SANTANDER
VATIV RECOVERY SOLUTIONS, LLC              PO BOX 36-6818                                     PO BOX 362589
PO BOX 71333                               SAN JUAN, PR 00936-6818                            SAN JUAN, PR 00936-2589
SAN JUAN, PR 00936-8433


CARDONA JIMENEZ LAW OFFICE                 CENTENIAL DE PUERTO RICO                           CRIM
BANKRUPTCY DEPARTMENT                      PO BOX 71514                                       PO BOX 195387
PO BOX 9023593                             SAN JUAN, PR 00936-8614                            SAN JUAN, PR 00919-5387
SAN JUAN, PR 00902-3593


Cancio Nadal Rivera & Diaz                 DEPARTAMENTO DE HACIENDA                           DEPARTAMENTO DEL TRABAJO
Po Box 364966                              PO BOX 9024140                                     AVE. MUOZ RIVERA 505
San Juan, PR 00936-4966                    OFICINA 424 B                                      HATO REY, PR 00918-3352
                                           SAN JUAN, PR 00902-4140


FEDERAL LITIGATION DEPT OF JUSTICE         FIRST PREMIER BANK                                 (p)INTERNAL REVENUE SERVICE
PO BOX 9020192                             PO BOX 5524                                        CENTRALIZED INSOLVENCY OPERATIONS
SAN JUAN, PR 00902-0192                    SIOUX FALLS, SD 57117-5524                         PO BOX 21126
                                                                                              PHILADELPHIA PA 19114-0326


JC PENNEY                                  PR ACQUISITIONS LLC                                Premier BankCard/Charter
PO BOX 960090                              250 MUNOZ RIVERA AVENUE SUITE 1200                 P.O. Box 2208
ORLANDO, FL 32896-0090                     HATO REY PR 00918-1814                             Vacaville, CA 95696-8208


Recovery Management Systems Corporation    JOSE RAMON CARRION MORALES                         LOURDES VENECIA LUNA ESPAILLAT
For GE Money Bank                          PO BOX 9023884                                     COND COLINA REAL BOX 407
dba JCPENNEY CREDIT SERVICES               SAN JUAN, PR 00902-3884                            AVE FELISA RINCON 2000
25 SE 2nd Ave Ste 1120                                                                        SAN JUAN, PR 00926-6644
Miami FL 33131-1605


MARILYN VALDES ORTEGA                      MONSITA LECAROZ ARRIBAS
VALDES-ORTEGA                              OFFICE OF THE US TRUSTEE (UST)
P O BOX 195596                             OCHOA BUILDING
SAN JUAN, PR 00919-5596                    500 TANCA STREET SUITE 301
                                           SAN JUAN, PR 00901-1938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE. STOP 27 1/2
SAN JUAN, PR 00918-1693
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)BANCO POPULAR as service agent for MASSACH<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | (u)LUNA ESPAILLAT, LOURDES VENECIA | End of Label Matrix<br>Mailable recipients   22<br>Bypassed recipients   2<br>Total   24 |